# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Stacy Chiappetta,

Plaintiff,

v.

Kellogg Sales Company,

Defendant.

Case No. 21 C 3545
Judge Marvin E. Aspen

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff
and against defendant
which ☐ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiffs shall recover costs from defendants.

☒ in favor of defendant Kellogg Sales Company
and against plaintiff Stacy Chiappetta

Defendant shall recover costs from plaintiff.

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.
☐ tried by Judge without a jury and the above decision was reached.
☐ decided by Judge Marvin E. Aspen on a motion for entry of judgment.

Date: 4/1/2022

Thomas G. Bruton, Clerk of Court

Amanda Scherer, Deputy Clerk